IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 07-53251 |
| | ) | Chapter 7 |
| Eric Joseph Vetter | ) | |
| Robinette Renee Vetter | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | |
| | | MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTORS |

    Now comes Robert M. Whittington, Jr., attorney at law, who prays for the entry of an order withdrawing as counsel for the debtors. The movant has received the letter attached hereto as Exhibit "A" from the debtors in which the debtors state they do not wish for him to continue to represent them in this case.

    WHEREFORE, Robert M. Whittington, Jr. prays for the entry of an order permitting him to withdraw as counsel for the debtors in this case.

    Respectfully Submitted,

/s/ Robert M. Whittington, Jr.
_____

Robert M. Whittington, Jr. 0007851
Elk, Elk & Whittington
159 S. Main St.
Akron, OH 44308
Voice (330) 384 8484
Fax (330) 384 8953
E-mail elkwhitt@neo.rr.com

CERTIFICATE OF SERVICE

A copy of the foregoing was sent by ordinary U.S. Mail, postage prepaid, on February 22, 2008 to those parties whose names and complete addresses appear below.

/s/ Robert M. Whittington, Jr.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 07-53251-mss<br>Northern District of Ohio<br>Akron<br>Fri Feb 22 10:59:39 EST 2008 | US Bankruptcy Court<br>455 Federal Bldg<br>2 South Main Street<br>Akron, OH 44308-1813 | A,T. & T.<br>P.O. Box 8100<br>Aurora, IL 60507-8100 |
| AKRON GENERAL MEDICAL CENTER<br>PO BOX 931729<br>CLEVELAND,OH 44193-1836 | Abe Williams<br>P.O. Box 6175<br>Akron, OH 44312-0175 | Afni<br>P.O. Box 3427<br>Bloomington, IL 61702-3427 |
| Akron General Medical Center<br>400 Wabash Ave.<br>Akron, OH 44307-2463 | Akron Municipal Court<br>Traffic Division<br>217 S. High St.<br>Akron, OH 44308-1684 | Akron Utilities Bureau<br>P.O. Box 3665<br>Akron, OH 44309-3665 |
| Allstate Ins. Co.<br>1560 Brittain Rd.<br>Akron, OH 44310 | (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Childrens Hospital Medical<br>Center Akron<br>One Perkins Square<br>Akron, OH 44308-1063 |
| DPOMSHS<br>P.O. Box 29920<br>New York, NY 10087-9920 | Dept. 673<br>P.O. Box 4115<br>Concord, CA 94524-4115 | Directv<br>P.O. Box 6414<br>Carol Stream, IL 60197-6414 |
| Directv<br>P.O. Box 92600<br>Los Angeles, CA 90009-2600 | Dominion East Ohio<br>P.O. Box 26785<br>Richmond, VA 23261-6785 | First Energy Solutions<br>395 Ghent Road<br>Akron, OH 44333-2695 |
| First Federal Credit Control<br>24700 Chagrin Blvd., #205<br>Cleveland, OH 44122-5662 | First Premier Bank<br>P.O. Box 5519<br>Sioux Falls, SD 57117-5519 | Gardner and Garrison<br>72 N. Main St. #309<br>Hudson, OH 44236-2885 |
| Great Lakes Higher Education<br>2401 International Lane<br>Madison, WI 53704-3192 | Harrison Publishing<br>P.O. Box 29920<br>New York, NY 10087-9920 | Hilliard Cox Mulaney<br>Funeral Home<br>174 N. Lyman<br>Wadsworth, OH 44281-1813 |
| Island National Group<br>P.O. Box 18009<br>Hauppauge, NY 11788-8809 | John Denning<br>11188 Kent Ave.<br>Hartville, OH 44632-9172 | LaSalle Bank NA, Trustee<br>c/o Saxon Mortgage<br>P.O. Box 161489<br>Ft. Worth, TX 76161-1489 |
| Leonard Farabaugh<br>1212 Magnolia<br>Akron, OH 44310-1210 | Maria T. Williams<br>P.O. Box 5480<br>Cincinnati, OH 45201-5480 | Medina Hospital<br>1000 E. Washington St.<br>Medina, OH 44256-2167 |

| | | |
|---|---|---|
| Mercury Finance<br>P.O. Box 73<br>Evansville, IN 47701-0073 | NCO Financial Systems<br>507 Prudential Rd.<br>Horsham, PA 19044-2368 | Ohio Bureau of Motor Vehicles<br>Safety Respons. Division<br>P.O. Box 16520<br>Columbus, OH 43266-0001 |
| Ohio Department Of Job and Family Services<br>Litigation Unit<br>PO Box 182404<br>Columbus, OH 43218-2404 | Ohio Department of Job & Family Services<br>Attn: Collections Department<br>P.O. Box 182404<br>Columbus, OH 43218-2404 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43266-0001 |
| Ohio Edison<br>1910 W. Market St.<br>Akron, OH 44313-6935 | Old Phoenix Bank<br>39 Public Sq.<br>Medina, OH 44256-2297 | Palisades Collection<br>210 Sylvan Ave.<br>Englewood Cliffs, NJ 07632-2524 |
| Permanent Gen'l. Ins. Co.<br>P.O. Box 305054<br>Nashville, TN 37230-5054 | Permanent General Insurance<br>c/o Gardner & Garrison<br>72 N. Main St., Ste 309<br>Hudson, Ohio 44236-2885 | Professional Imaging Cons.<br>P.O. Box 36952<br>Canton, OH 44735-6952 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Snap On Tools<br>P.O. Box 31<br>Nova, OH 44859-0031 | Summa<br>525 E. Market St.<br>Akron, OH 44304-1698 |
| Summit Co. Prosecutor, Tax Division<br>220 S. Balch St.<br>Akron, OH 44302-1638 | T.C. Companies<br>P.O. Box 3230<br>Cuyahoga Falls, OH 44223-0530 | TRI LTD<br>6000 N. Bailey Ave #2<br>Amherst, NY 14226-5102 |
| Team<br>P.O. Box 1643<br>Stow, OH 44224-0643 | The Salvation Army<br>190 S. Maple St.<br>Akron, OH 44302-1603 | Urology, Inc.<br>2651 W. Market St.<br>Akron, OH 44333-4200 |
| Verizon<br>P.O. Box 9058<br>Dublin, OH 43017-0958 | Wadsworth Rittman Hospital<br>195 Wadsworth Rd.<br>Wadsworth, OH 44281-9505 | Eric Joseph Vetter<br>239 Crosby St.<br>Akron, OH 44303-2109 |
| Harold A Corzin<br>304 N Cleveland-Massillon Rd<br>Commonwealth Square<br>Akron, OH 44333-9302 | Robert M Whittington Jr<br>159 S Main St<br>Key Bldg<br>#1023<br>Akron, OH 44308-1318 | Robinette Renee Vetter<br>239 Crosby St.<br>Akron, OH 44303-2109 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit
P.O. Box 182963
Arlington, TX 76096


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Saxon Mortgage Services, Inc. | (u)Ohio Dept. of Job & Fam. Svc.<br>c/o Attorney General<br>Collection Enforcement Section<br>150 E. Gay Street, 21st floor<br>Columbus, | End of Label Matrix<br>Mailable recipients   56<br>Bypassed recipients   2<br>Total   58 |

Eric J. Vetter & Robinette R. Vetter
239 Crosby St.
Akron, OH 44303

February 22, 2008

Attny. Robert M Whittington, Jr.
Key Building, Suite 1023
159 S. Main Street
Akron, Ohio 44308

Re: Chapter 7 Case
Case No. 07-53251

Dear Mr. Whittington:

    As of this date, February 22, 2008, we (Eric J. Vetter and Robinette R. Vetter), no longer wish for you to represent us in the matter of our Chapter 7 Bankruptcy case (case no. 07-53251). Your services are being terminated for the following reasons:

1) Mr. Whittington, you appeared agitated and uncomfortable with us, openly in the presence of other clients and attorneys before our hearing, in the Atrium at the Orangerie Mall (November 26, 2007). You would not sit with us, and chose to sit with your back to us almost entirely. You also chose to be loud when you counseled us, prior to the hearing, which was both embarrassing and unnecessary--- causing us to have a poor attorney-client relationship and experience.

2) You failed to fully disclose important information, regarding a court order which was sought, independent of our knowledge or consent, to redirect/ intercept our 2007 Federal Tax Return.

Lastly,

3) Our situation and direction concerning our homeownership, and debt management have completely changed since we began this process in October.

Please contact us at (330) 819-1893 if you have any questions or concerns at this point.

Sincerely,

Eric J. Vetter &
Robinette R. Vetter

EXHIBIT A